*Sol A. Rosenblatt* for motion.

Motion granted, upon consent, and upon the conditions set forth in the temporary stay granted January 7, 1956.

In the Matter of the Arbitration between MAURICE TESCHNER, Appellant, and DAVID LIVINGSTON, as President of District 65, Retail, Wholesale, Department Store Union, C. I. O., et al., Respondents.

Argued November 21, 1955; decided January 13, 1956.

*Murray I. Sommer* for appellant.

*Irving Rozen* and *Milton C. Weisman* for respondents.

Order affirmed, with costs; no opinion.

Concur: Conway, Ch. J., Desmond, Fuld, Froessel, Van Voorhis and Burke, JJ.  Taking no part: Dye, J.

The People of the State of New York, Respondent, *v.* Gerard J. Brinkman, Appellant.

Argued November 17, 1955; decided January 13, 1956.